A CERTIFIED TRUE COPY

FEB 15 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 18 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT,
MIDDLE DISTRICT OF TENN

FEB - 8 2008

BY _____
DEPUTY CLERK

CONDITIONAL TRANSFER ORDER (CTO-61)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 302 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____
Deputy Clerk

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

## SCHEDULE CTO-61 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **DISTRICT OF COLUMBIA** | | |
| DC 1 07-2307 | Karen Rowland v. Novartis Pharmaceuticals Corp | 3:08-cv-0131 |
| DC 1 07-2309 | Mary Berry, et al. v. Novartis Pharmaceuticals Corp. | 3:08-cv-0132 |
| **NEW JERSEY** | | |
| NJ 2 07-6110 | George Chames v. Novartis Pharmaceuticals Corp | 3:08-cv-0133 |
| NJ 2 07-6112 | Armond Dale Mears v. Novartis Pharmaceuticals Corp | 3:08-cv-0134 |
| NJ 2 07-6113 | Stafford M. Smith v. Novartis Pharmaceuticals Corp | 3:08-cv-0135 |
| NJ 2 07-6114 | Cecile Harvey Morgan v. Novartis Pharmaceuticals Corp | 3:08-cv-0136 |
| NJ 2 07-6115 | Vera Billups v. Novartis Pharmaceuticals Corp. | 3:08-cv-0137 |
| NJ 2 07-6158 | Bill Hughes v. Novartis Pharmaceuticals Corp | 3:08-cv-0138 |